1   **SAGASER, JONES & HAHESY**
    2445 Capitol Street, 2nd Floor
2   Post Office Box 1632
    Fresno, California 93717-1632
3
    Telephone: (559) 233-4800
4
    Timothy Jones #119841
5   John P. Kinsey #215916

6
    Attorneys for:          Defendant Foster Dairy Forms
7

8                  **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10  CONOPCO, INC., a New York              Case No. 1:05-cv-00400 REC SMS
    corporation, doing business as UNILEVER
11  ICE CREAM,                             **STIPULATION TO EXTEND TIME
                                           TO RESPOND TO COMPLAINT AND**
12              Plaintiff,                 **ORDER THEREON**

13          v.

14  FOSTER DAIRY FARMS, a California
    corporation; and DOES 1 through 50,
15  inclusive,

16              Defendants.

17

18          Plaintiff CONOPCO, INC. hereby STIPULATES and AGREES that the time

19  for Defendant FOSTER DAIRY FARMS to respond to CONOPCO, INC.'s Complaint in this

20  action shall be extended from May 9, 2005, the initial date to respond, to May 23, 2005.

21

22  DATED: May 5, 2005.                    SAGASER, JONES & HAHESY

23

24                                         By____/s/  John P. Kinsey_____
                                               John P. Kinsey, Attorneys for Defendant
25                                             Foster Dairy Farms

26

27  *(Signatures continued on reverse)*

28

1    DATED: May 5, 2005.                        FREEMAN, FREEMAN & SMILEY

2

3                                               By: /s/ John P. Godsil (as authorized on May 5, 2005)
                                                    John P. Godsil, Attorneys for Plaintiff
4                                                   Conopco, Inc.

5

6

7                                          *****

8                                          **ORDER**

9

10   IT IS SO ORDERED.

Dated:    **May 16, 2005**                         **/s/ Sandra M. Snyder**
icido3                                             UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             **2**
                 **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**