Gregory M. Bordo (Bar No. 156147)
John P. Godsil (Bar No. 174356)
FREEMAN, FREEMAN & SMILEY, LLP
3415 Sepulveda Boulevard
Los Angeles, CA 90034-6060
Telephone: (310) 255-6100
Facsimile: (310) 391-4042

Attorneys for Plaintiff
CONOPCO, INC., a New York corporation,
doing business as UNILEVER ICE CREAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM,<br><br>                Plaintiff,<br><br>    vs.<br><br>FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.: 1:05-CV-00400-REC-SMS<br><br>**STIPULATION AND ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE**<br><br>**<u>Current Hearing</u>**<br>**Date:           June 22, 2005**<br>**Time:           9:00 a.m.**<br>**Courtroom:   4 (3rd Floor)**<br><br>**<u>Proposed New Hearing</u>**<br>**Date:           July 20, 2005 \***<br>**Time:           9:00 a.m.**<br>**Courtroom:   4 (3rd Floor)**<br>**\*Date change see Order** |

## RECITALS

On April 19, 2005, Plaintiff CONOPCO, INC., doing business as UNILEVER ICE CREAM ("Plaintiff") caused defendant FOSTER DAIRY FARMS ("Defendant") to be served with its Complaint. Thereafter, Plaintiff agreed to provide Defendant with a two-week extension to respond to the Complaint, as reflected by a prior stipulation and order entered on the Court's docket on May 5, 2005.

Defendant filed its Answer and Counterclaim on May 23, 2005. The Counterclaim contains five claims for relief and raises new factual material.

1

453679.1                                  STIPULATION AND PROPOSED ORDER

1  The Court previously set a Mandatory Scheduling Conference for June 22,
2  2005.  Consequently, the parties are currently required to conduct the Early Meeting
3  of Counsel by June 1, 2005.

4  In order to permit Plaintiff's counsel a reasonable period of time to review the
5  Counterclaim, and thereby allow for a meaningful Early Meeting of Counsel, the
6  parities hereby request that the Mandatory Scheduling Conference (along with the
7  deadline to conduct the Early Meeting of Counsel) be continued as set forth below.

## STIPULATION

9   Plaintiff on the one hand, and Defendant on the other hand, by and through
10  their counsel of record, hereby stipulate that the Mandatory Scheduling Conference
11  be continued to July 20, 2005.

12  Dated: May __, 2005            FREEMAN, FREEMAN & SMILEY, LLP

14                                 By:    /s/  John P. Godsil
15                                         John P. Godsil
                                   Attorneys for Plaintiff and
16                                 Counterdefendant CONOPCO, INC., doing
                                   business as UNILEVER ICE CREAM

17
18  Dated: May __, 2005            SAGASER, JONES & HAHESY

20                                 By:    /s/  John P. Kinsey
                                           John P. Kinsey
21                                 Attorneys for Defendant and
                                   Counterclaimant FOSTER DAIRY FARMS

24                   /////////////////////////////////////////////

26                   /////////////////////////////////////////////

28                   /////////////////////////////////////////////

2
STIPULATION AND PROPOSED ORDER

453679.1

## **ORDER**

Good cause appearing, it is hereby ordered that the Mandatory Scheduling Conference is continued to *AUGUST 15, 2005 AT 9:30 A.M. not proposed date of July 20, 2005 at 9:00 a.m. in Courtroom 4 before Judge Snyder.

Dated: June 1, 2005        /s/ Sandra M. Snyder
                          HON. SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE