1  Gregory M. Bordo (Bar No. 156147)
   John P. Godsil (Bar No. 174356)
2  FREEMAN, FREEMAN & SMILEY, LLP
   3415 Sepulveda Boulevard, Suite 1200
3  Los Angeles, CA 90034-6060
   Telephone: (310) 255-6100
4  Facsimile: (310) 391-4042

5  Attorneys for Plaintiff
   CONOPCO, INC., a New York corporation,
6  doing business as UNILEVER ICE CREAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM,<br><br>Plaintiff,<br><br>vs.<br><br>FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM | CASE NO.: 1:05-cv-00400-REC-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM** |
|---|---|

Plaintiff and counterdefendant Conopco, Inc., doing business as Unilever Ice Cream, and defendant and counterclaimant Foster Diary Farms, by and through their

///
///
///
///
///

counsel of record, hereby stipulate that the time to respond the Counterclaim of Foster Dairy Farms shall be extended from June 13, 2005 to June 27, 2005.

Dated: June 6, 2005          FREEMAN, FREEMAN & SMILEY, LLP

By: /s/ John P. Godsil
John P. Godsil
Attorneys for Plaintiff and
Counterdefendant CONOPCO, INC., doing business as UNILEVER ICE CREAM

Dated: June 6, 2005          SAGASER, JONES & HAHESY

By: /s/ John P. Kinsey
John P. Kinsey
Attorneys for Defendant and
Counterclaimant FOSTER DAIRY FARMS

IT IS SO ORDERED.

**Dated:   June 7, 2005**          /s/ Sandra M. Snyder
icido3          UNITED STATES MAGISTRATE JUDGE