1  **SAGASER, JONES & HAHESY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
4

5  Timothy Jones #119841
   John P. Kinsey #215916
6
   Attorneys for      Defendant and Counterclaimant Foster Dairy Farms
7

8  **FREEMAN, FREEMAN & SMILEY LLP**
   3415 Sepulveda Boulevard, Suite 1200
9  Los Angeles, CA 90034-6060
   Telephone: (310) 255-6100
10
   Gregory M. Bordo #156147
11 John P. Godsil #174356

12 Attorneys for Plaintiff and Counterdefendant Conopco, Inc. dba Unilever Ice Cream

13         **UNITED STATES DISTRICT COURT, EASTERN DISTRICT**
14
                            **FRESNO DIVISION**
15

16 | CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM, | Case No. 1:05 CV 00400 REC SMS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER** |
| v. | |
| FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

25

26         WHEREAS the Court issued the original Scheduling Conference Order in this

27 case on August 16, 2005;

28 ///

{6538/002/00187530.DOC}                              1
_____
           **STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the Court issued an Order Modifying the Scheduling Conference Order on January 27, 2006;

WHEREAS the parties wish to conduct additional discovery, including, but not limited to, oral depositions of both parties and non-parties;

WHEREAS, as part of the January 27, 2006, Order Modifying the Scheduling Conference Order, Foster agreed to take several non-party depositions off-calendar;

WHEREAS Foster has had difficulty rescheduling the non-party depositions, due to scheduling issues between the non-parties and counsel for the parties, and the fact that several depositions are scheduled to be conducted outside California;

WHEREAS the current deadline for disclosure of expert witnesses is April 20, 2006;

WHEREAS the parties believe that additional discovery is needed in order for the parties' experts to adequately prepare their expert reports;

WHEREAS, due to the above issues, the parties do not believe they will be able to complete sufficient discovery in order to enable their potential expert witnesses to adequately prepare their expert reports prior to the deadline for disclosure of expert witnesses;

IT IS HEREBY STIPULATED, by and between Unilever and Foster, through their respective counsel, that the following discovery dates be revised from the Court's January 27, 2006, Order Modifying the Scheduling Conference Order to the following dates:

1. The expert disclosure deadline shall be moved from April 20, 2006, 2006, to **July 14, 2006**;

2. The deadline for disclosure of supplemental expert witnesses shall be moved from May 20, 2006, to **August 21, 2006**;

3. The deadline for the parties to complete all discovery pertaining to non-experts shall be moved from May 25, 2006, to **August 28, 2006**;

4. The deadline for the parties to complete all discovery pertaining to experts shall be moved from June 5, 2006, to **September 8, 2006**;

///

{6538/002/00187530.DOC}　　　　　　　　　　　　2

**STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

...

5.    The deadline for the filing of all Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be moved from June 9, 2006, to **September 18, 2006**;

6.    The deadline for the filing of all Dispositive Motions shall be moved from July 7, 2006, to **October 9, 2006**;

7.    The Pre-Trial Conference shall be moved from September 12, 2006, at 2:00 p.m., to **February 6, 2007**, at 2:00 p.m. before the Honorable Sandra M. Snyder, united States Magistrate Judge.

8.    The trial date shall be moved from October 17, 2006, at 9:00 a.m., to **March 13, 2007**, at 9:00 a.m. before the Honorable Robert E. Coyle, Senior United States District Judge;

9.    The parties reserve their right to seek further modification of the Scheduling Conference Order, if necessary.

DATED: April 10, 2006        SAGASER, JONES & HAHESY

By   /s/ Timothy Jones
    Timothy Jones, Attorneys for Defendant
    and Counterclaimant

DATED: April 10, 2006        FREEMAN, FREEMAN & SMILEY LLP

By   /s/ John P. Godsil
    John P. Godsil, Attorneys for Plaintiff and
    Counterdefendant

IT IS SO ORDERED.

DATED: <u>4/13/2006</u>       /s/ Sandra M. Snyder
    The Honorable Sandra M. Snyder

PDF created with pdfFactory trial version www.pdffactory.com