**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for     Defendant and Counterclaimant Foster Dairy Farms

**FREEMAN, FREEMAN & SMILEY LLP**
3415 Sepulveda Boulevard, Suite 1200
Los Angeles, CA 90034-6060
Telephone: (310) 255-6100

Gregory M. Bordo #156147
John P. Godsil #174356

Attorneys for Plaintiff and Counterdefendant Conopco, Inc. dba Unilever Ice Cream

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT

## FRESNO DIVISION

| | |
|---|---|
| CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM,<br><br>              Plaintiff,<br><br>     v.<br><br>FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 1:05 CV 00400 OWW SMS<br><br>**STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER** |

WHEREAS, the Court issued the original Scheduling Conference Order in this case on August 16, 2005;

///

{6538/002/00196552.DOC}                                1

---
**STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the Court issued an Order Modifying the Scheduling Conference
2  Order on January 27, 2006;
3  WHEREAS, the Court issued an Order Further Modifying the Scheduling
4  Conference Order on April 13, 2006;
5  WHEREAS, the Court issued an Order Further Modifying the Scheduling Order
6  on July 6, 2006;
7  WHEREAS, the parties wish to conduct additional discovery, including, but not
8  limited to, oral depositions of both parties and non-parties;
9  WHEREAS, as part of the January 27, 2006, Order Modifying the Scheduling
10  Conference Order, Foster agreed to take several non-party depositions off-calendar and has had
11  some difficulty rescheduling these depositions due to scheduling issues and the pending expert
12  disclosure deadline;
13  WHEREAS, the parties believe that additional discovery is needed in order for
14  the parties' experts to adequately prepare their expert reports;
15  WHEREAS, the parties have had difficulty scheduling party and non-party
16  depositions, due to scheduling issues of the witnesses and counsel prior to the current expert
17  disclosure deadline;
18  WHEREAS, the current deadline for disclosure of expert witnesses is
19  September 15 2006;
20  WHEREAS, counsel for Unilever has suffered personal bereavement affecting
21  and impacting the current scheduling deadlines;
22  WHEREAS, due to the above issues, the parties do not believe they will be able
23  to complete sufficient discovery in order to enable their potential expert witnesses to
24  adequately prepare their expert reports prior to the deadline for disclosure of expert witnesses;
25  WHEREAS, the parties seek only minor modifications to the current Scheduling
26  Order that will not affect the current trial date of March 13, 2007.
27
28

{6538/002/00196552.DOC}   2

---
**STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between Unilever and Foster, through their respective counsel, that the following dates be revised from the Court's July 6, 2006, Order Further Modifying the Scheduling Conference Order to the following dates:

1. The expert disclosure deadline shall be moved from September 15, 2006, to **September 22, 2006**;

2. The deadline for disclosure of supplemental expert witnesses shall be moved from October 16, 2006, to **October 30, 2006**;

3. The deadline for the parties to complete all discovery pertaining to non-experts shall be moved from October 30, 2006, to **November 7, 2006**;

4. The deadline for the parties to complete all discovery pertaining to experts shall be moved from November 9, 2006, to **November 22, 2006**;

5. The deadline for the filing of all Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be moved from November 20, 2006, to **December 6, 2006**;

6. The deadline for the filing of all Dispositive Motions shall remain as currently scheduled on **December 11, 2006**;

7. The Pre-Trial Conference scheduled for **February 6, 2007**, at 11:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge shall be maintained.

8. The trial date scheduled for **March 13, 2007**, at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge shall be maintained;

9. The parties agree that "good cause" exists for the above modifications to the Scheduling Order;

10. The parties reserve their right to seek further modification of the Scheduling Conference Order, if necessary.

DATED: September 12, 2006              SAGASER, JONES & HAHESY

By ___/s/ Timothy Jones___
   Timothy Jones, Attorneys for Defendant
   and Counterclaimant

{6538/002/00196552.DOC}              3

---
**STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4   DATED: September 12, 2006          FREEMAN, FREEMAN & SMILEY LLP
5
                                      By _____/s/ John P. Godisil_____
6                                        John P. Godsil, Attorneys for Plaintiff and
                                         Counterdefendant
7
8              IT IS SO ORDERED.
9
10  DATED:  _9/13/ 2006               __/s/ Oliver W. Wawnger_____
                                         The Honorable Oliver W. Wanger
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{6538/002/00196552.DOC}                    4

_____
**STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER**

PDF created with pdfFactory trial version www.pdffactory.com