**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for Defendant and Counterclaimant Foster Dairy Farms

**FREEMAN, FREEMAN & SMILEY LLP**
3415 Sepulveda Boulevard, Suite 1200
Los Angeles, CA 90034-6060
Telephone: (310) 255-6100

Gregory M. Bordo #156147
John P. Godsil #174356

Attorneys for Plaintiff and Counterdefendant Conopco, Inc. dba Unilever Ice Cream

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**

**FRESNO DIVISION**

| | |
|---|---|
| CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:05 CV 00400 OWW SMS<br><br>**AMENDED STIPULATION AND ORDER FURTHER MODIFYING SCHEDULING CONFERENCE ORDER** |
| AND RELATED COUNTER-CLAIM. | |

WHEREAS, the Court issued the original Scheduling Conference Order in this case on August 16, 2005;

///



PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court has previously issued orders modifying the original Scheduling Conference Order on January 27, 2006; April 13, 2006; July 6, 2006; and September 13, 2006;

WHEREAS, the parties will be scheduling a mediation to be conducted during the week of November 13, 2006;

WHEREAS, the parties wish to postpone the deadline for submission of supplemental expert reports until after the mediation in this case, in order to possibly avoid the expense of preparing such reports in the event a settlement is reached at the mediation;

WHEREAS, due to the number of non-party and party depositions currently contemplated by the parties, the parties wish to postpone some of the depositions until after the mediation in this case, in order to possibly avoid the expense of conducting those depositions in the event a settlement is reached at the mediation;

WHEREAS, the parties seek only minor modifications to the current Scheduling Order that will not affect the current trial date of March 13, 2007, or the date for the filing of Dispositive Motions;

IT IS HEREBY STIPULATED, by and between Unilever and Foster, through their respective counsel, that the following dates be revised from the Court's September 13, 2006, Order Further Modifying the Scheduling Conference Order to the following dates:

1. The deadline for disclosure of supplemental expert witnesses shall be moved from October 30, 2006, to **November 22, 2006**;

2. The deadline for the parties to complete all discovery pertaining to non-experts shall be moved from November 7, 2006, to **December 15, 2006**;

3. The deadline for the parties to complete all discovery pertaining to experts shall be moved from November 22, 2006, to **December 15, 2006**;

4. The deadline for the filing of all Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be moved from December 6, 2006, to **December 15, 2006**;

///



PDF created with pdfFactory trial version www.pdffactory.com

5. The deadline for the filing of all Dispositive Motions shall remain as currently scheduled on **December 11, 2006**;

6. The Pre-Trial Conference scheduled for **February 6, 2007**, at 2:00 p.m. before the Honorable Oliver W. Wanger, United States District Judge shall be maintained;

7. The trial date scheduled for **March 13, 2007**, at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge shall be maintained;

8. The parties agree that "good cause" exists for the above modifications to the Scheduling Order; and

9. The parties reserve their right to seek further modification of the Scheduling Conference Order, if necessary.

DATED: October 5, 2006 SAGASER, JONES & HAHESY

By /s/ John P. Kinsey
John P. Kinsey, Attorneys for Defendant and Counterclaimant

DATED: October 5, 2006 FREEMAN, FREEMAN & SMILEY LLP

By /s/ John P. Godsil
John P. Godsil, Attorneys for Plaintiff and Counterdefendant

IT IS SO ORDERED.

DATED: __Oct. 5__, 2006 _/s/ OLIVER W. WANGER________________
The Honorable Oliver W. Wanger



PDF created with pdfFactory trial version www.pdffactory.com