**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #199103
John P. Kinsey #215916

Attorneys for     Defendant and Counter-Claimant Foster Dairy Farms

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT

## FRESNO DIVISION

| | |
|---|---|
| CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER DAIRY FARMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 1:05 CV 00400 OWW SMS<br><br>**STIPULATION BETWEEN PARTIES PURSUANT TO FRCP 41 FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |

## **STIPULATION**

Plaintiff and Counter-Defendant CONOPCO, INC., a New York corporation, doing business as UNILEVER ICE CREAM and Defendant and Counter-Claimant, FOSTER DAIRY FARMS, by and through their respective attorneys or record, hereby STIPULATE AND AGREE as follows:

///

///

///

{6538/002/00200200.DOC}     1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby agree to and request that the Court enter an order dismissing this action, including the Complaint and the Counter Claim, with prejudice.

DATED: December 12, 2006                    FREEMAN, FREEMAN & SMILEY LLP


By   /s/ John P. Godsill
    John P. Godsil,
    Attorneys for Plaintiff and
    Counter-Defendant


DATED: December 6, 2006                     SAGASER, JONES & HAHESY


By   /s/ William C. Hahesy
    William C. Hahesy
    Attorneys for Defendant
    and Counter-Claimant

### ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that this action, including the Complaint and Counter Claim, are hereby dismissed with prejudice.

DATED: 12/19/2006                    _____/s/ Oliver W. Wanger_____
    Honorable Oliver W. Wanger
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com